Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 31, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01058-CV

____________

 

IN RE SHAWN MASON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 14, 2007, relator, Shawn Mason, filed a petition for
writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel the Honorable Brian Rains, presiding judge of
the 176th District Court of Harris County to grant relator=s request for a nunc pro tunc order
to correct alleged errors in the stacking of sentences.

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 31, 2008.

Panel consists of Justices Fowler,
Frost, and Seymore.